Receipt # 11089266 $2.42

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

WOZNIAK, SUZANNE L.

WOZNIAK, SUE

            Debtor.

Chapter 7

Case No. 08-11191 CLB

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 5 | Capital Recovery II<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | $97.53 | $2.42 |

**TOTAL SMALL DIVIDENDS:** $ 2.42

Dated: January 25, 2010

WILLIAM E. LAWSON
Trustee
730 CONVENTION TOWER, 43 COURT STREET
BUFFALO, NY 14202-3172
(716) 854-3015



FILED JAN 26 2010 BANKRUPTCY COURT BUFFALO, NY